IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
APR 29 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

LAVONYA N. ROBERSON,

    Plaintiff,

v.

THE CBE GROUP, INC.,

    Defendant.

Case No. 1:22-cv-00306-LY

### ORDER ON MOTION TO WITHDRAW AS COUNSEL

Counsel for Plaintiff, Victor T. Metroff, having filed with this Court his Motion to Withdraw and the Court having reviewed same, it is hereby ORDERED:

1. Victor T. Metroff is granted leave to withdraw as counsel for LAVONYA N. ROBERSON.

Dated: April 29, 2022.

_____
United States District Judge