IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LAVONYA ROBERSON, | § § § | |
| Plaintiff, | § § | |
| v. | § | 1:22-CV-306-DII |
| THE CBE GROUP, INC.., | § § § | |
| Defendant. | § § | |

## ORDER

On September 18, 2023, counsel for Plaintiff filed a motion to withdraw as counsel for Plaintiff Lavonya Roberson ("Plaintiff"). (Dkt. 18). In the motion, Plaintiff's Counsel noted that despite Plaintiff's Counsel's numerous attempts to contact Plaintiff, Plaintiff has been unresponsive and has not contacted Plaintiff's Counsel. (*Id.*). The motion was signed by only one of Plaintiff's attorneys of record, Marwan R. Daher. (*Id.*). It is unclear from the motion, however, whether the motion is requesting that only Daher be allowed to withdraw as Plaintiff's attorney of record or whether all three attorneys listed as Plaintiff's attorneys of record—Mohammed O. Badwan, Omar Tayseer Sulaiman, and Marwan R. Daher—be allowed to withdraw.

Accordingly, Plaintiff's Counsel is **ORDERED** to file a notice on or before **October 24, 2023,** to clarify the relief that is sought by the Motion to Withdraw Attorney, (Dkt. 18).

**SIGNED** on October 17, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE