UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

LAVONYA N. ROBERSON,

Plaintiff,

v.  Case No. 1:22-cv-00306-DII

THE CBE GROUP, INC.

Defendant.

### AMENDED MOTION TO WITHDRAW AS TO ALL PLAINTIFF'S COUNSEL

**NOW COMES** Counsel for Plaintiff LAVONYA N. ROBERSON ("Plaintiff' counsel"), hereby moving this Honorable Court to withdraw as counsel for LAVONYA N. ROBERSON ("Plaintiff"), and in support thereof, stating as follows:

1. On March 31, 2022, Plaintiff filed the instant action against Defendants seeking redress for violations of the Fair Debt Collection Practices Act ("FDCPA") pursuant to 15 U.S.C. §1692, violations of the Texas Debt Collection Act ("TDCA"), Tex. Fin. Code Ann. § 392 et seq., and violations of Regulation F, 12 CFR 1006 et seq. [Dkt. 1]

2. Plaintiff's Counsel have made numerous unsuccessful attempts to contact Plaintiff through phone calls and certified written correspondences.

3. Despite Plaintiff's Counsel numerous attempts to contact Plaintiff, Plaintiff has been unresponsive.

4. To date, Plaintiff has not contacted Plaintiff's Counsel.

5. Plaintiff's Counsel cannot effectively represent Plaintiff without Plaintiff's active participation in this case.

1

6. For the foregoing reasons, Plaintiff's Counsel submits that there is good cause for the Court to permit Plaintiff's Counsel to withdraw as counsel for Plaintiff.

7. In the event the Court would like to contact Plaintiff, Plaintiff's last known address is 6409 SPRINGDALE RD APT 116 AUSTIN, TX 78723. Furthermore, Plaintiff's last known phone number is (512) 770-7183.

**WHEREFORE**, Plaintiff's Counsel respectfully request that this Court enter an Order granting the Motion to Withdraw as counsel for Plaintiff LAVONYA N. ROBERSON, and for any other such relief the Court deems just and appropriate.

Dated: October 24, 2023

Respectfully submitted,

*/s/ Marwan R. Daher*
*/s/ Omar T. Sulaiman*
*/s/ Mohammed O. Badwan*
*/s/ Nayeem N. Mohammed*
Marwan R. Daher, Esq.
Omar T. Sulaiman, Esq.
Mohammed O. Badwan, Esq.
Nayeem N. Mohammed, Esq.
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
mbadwan@Sulaimanlaw.com
osulaiman@sulaimanlaw.com
mdaher@sulaimanlaw.com
nayeem@nnmpc.com

## CERTIFICATE OF SERVICE

I, Marwan R. Daher, certify that on October 24, 2023, the foregoing document was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

*/s/ Marwan R. Daher*