UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Lavonya N. Roberson | § § | |
| vs. | § § | NO:   AU:22-CV-00306-RP |
| CBE Group, Inc. | § | |

**ORDER SETTING INITIAL PRETRIAL CONFERENCE**

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for an initial pretrial conference on November 15, 2023 at 09:45 AM .

**Please call in 5 minutes prior to start of hearing.**

1. Toll free number:  888-363-4735

2. Access code: 3948919

If there are questions regarding the telephonic appearance, the parties should contact Julie Golden, Courtroom Deputy, at julie_golden@txwd.uscourts.gov. Counsel for plaintiff is ordered to notify Ms. Roberson of the hearing and Plaintiff is ordered to appear for the telephone conferece.

The use of speaker phones is prohibited during a telephonic appearance. Additionally, because earlier hearings in other cases may be in progress at the time attorneys call in for their scheduled conference, attorneys should call in with their phones on "mute" and wait for the Courtroom Deputy to call this case.before they speak.

The parties should be prepared to discuss potential trial settings as the Court intends to set a trial date in this action at the initial pretrial conference.

The Court holds telephonic hearings for the convenience of counsel, especially those from out of town.  Due to the significant number of lawyers who fail to appear by telephone as ordered, THE COURT WILL SANCTION NON-APPEARING ATTORNEYS WITH COSTS INCURRED BY APPEARING ATTORNEYS.  A second non-appearance (whether in the same or different cases) will result in non-complaint attorneys being required

to appear in person for all subsequent initial pretrial conferences.

    **SIGNED** on 7th day of November, 2023.

                                                                _____
                                                                ROBERT PITMAN
                                                                UNITED STATES DISTRICT JUDGE